THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN D. SPEELMON, | CASE NO. C16-1526-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MITCHELL TUCKER, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend mediation deadline (Dkt. No. 16). This motion is GRANTED. The mediation deadline is extended from June 16, 2017 to July 17, 2017.

DATED this 8th day of June 2017.

<u>William M. McCool</u>
Clerk of Court

<u>/s/Paula McNabb</u>
Deputy Clerk