THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN D SPEELMON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MITCHELL TUCKER, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C16-1526-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion to stay litigation (Dkt. No. 20). Trial is currently scheduled for October 2, 2017. However, Plaintiff's counsel recently passed away and Plaintiff is not currently represented. (*Id.* at 2) Defendants therefore move to stay the litigation and strike the trial date and other related deadlines. (*Id.* at 2–3.) Plaintiff did not file a response.

Given that Plaintiff is currently without counsel, the Court finds a stay of the litigation appropriate. Defendants' motion to stay litigation (Dkt. No. 20) is GRANTED. The Court STRIKES the trial date of October 2, 2017 and all associated dates. The parties shall schedule a status conference within 30 days of Plaintiff acquiring new counsel. A new trial date will be set at the status conference.

1 | The Clerk is DIRECTED to send a copy of this order to Plaintiff at his address on file.

3 | DATED this 7th day of August 2017.

William M. McCool<br>
Clerk of Court<br><br>
/s/Paula McNabb<br>
Deputy Clerk