UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN D SPEELMON, <br><br> Plaintiff, <br><br> v. <br><br> MITCHELL TUCKER, *et al.*, <br><br> Defendant. | CASE NO. C16-1526-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court DIRECTS both parties to appear before it for a status conference Tuesday, November 14, 2017, at 9 a.m.

DATED this 29th day of September 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER C16-1526-JCC