UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN D. SPEELMON, | CASE NO. C16-1526-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MITCHELL TUCKER, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Trial in this matter is scheduled to begin February 26, 2018. (Dkt. No. 25.) The parties appeared before the Court for a status conference on November 28, 2017. (*Id.*) Attorney Isaak Hurst was present on Plaintiff's behalf, but has yet to file a Notice of Appearance in accordance with Local Civil Rule 83.2(a). Mr. Hurst is DIRECTED to file a Notice of Appearance within ten (10) calendar days. If Mr. Hurst is unable for a reason set forth in the Rules to assume this representation, Mr. Hurst should immediately notify the Court.

The Clerk is DIRECTED to send a copy of this order to Mr. Hurst at the following address: International Maritime Group, PLLC, 601 Union Street, Suite 4200, Seattle, WA 98101-4036.

1       DATED this 7th day of December 2017.

                                                       William M. McCool
                                                       Clerk of Court

                                                       s/Tomas Hernandez
                                                       Deputy Clerk