1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHEN D. SPEELMON,

               Plaintiff,

     v.

MITCHELL TUCKER, *et al.*,

               Defendants.

CASE NO. C16-1526-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Bench trial in this matter is scheduled to begin on Monday, February 26, 2018. (Dkt. No. 25.) The pretrial deadlines shall be as follows:

| | |
|---|---|
| Proposed Pretrial Order Due | Friday, February 16, 2018 |
| Motions in Limine, Pretrial Briefs | Monday, February 19, 2018 |

It is so ORDERED.

//

//

1    DATED this 11th day of December 2017.

2                                                    William M. McCool
                                                     Clerk of Court
3

4                                                    s/Tomas Hernandez
                                                     Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26