# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEPHEN D. SPEELMON,<br><br>Plaintiff,<br>v.<br><br>MITCHELL TUCKER, *et al.*,<br><br>Defendants. | CASE NO. C16-1526-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion seeking a continuance of the trial date (Dkt. No. 29). The motion is GRANTED. The trial date is moved from February 26, 2018 to Monday, September 17, 2018 at 9:30 a.m. The Court sets the following additional dates:

| Proposed Pretrial Order | Friday, September 7, 2018 |
|---|---|
| Motions in Limine, Pretrial Briefs | Monday, September 10, 2018 |

//

//

1       DATED this 25th day of January 2018.

                                            William M. McCool
                                            Clerk of Court

                                            s/Tomas Hernandez
                                            Deputy Clerk