UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN SPEELMON, <br><br> Plaintiff, <br><br> v. <br><br> MITCHELL TUCKER, *et al.*, <br><br> Defendants. | CASE NO. C16-1526-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Trial in this matter is currently scheduled to begin September 17, 2018. (Dkt. No. 30.) The proposed pretrial order is due September 7, 2018, and pretrial briefs and pretrial motions are due September 10, 2018. Given the lack of dispositive motions in this case, the Court is unsure what the parties' intent is with respect to the pending trial date. Accordingly, the parties are DIRECTED to file a joint status report within seven (7) days of the date of this Order.

DATED this 15th day of August, 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
