THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHEN D. SPEELMON,

          Plaintiff,

   v.

MITCHELL TUCKER, *et al.*,

          Defendants.

CASE NO. C16-1526-JCC

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

     This matter comes before the Court on the parties' joint status report (Dkt. No. 32). The Court understands the parties are preparing for trial and intend to try the case as scheduled. (*Id.* at 1–2.) Due to a conflict in the Court's schedule, the trial date in this matter is CONTINUED from September 17, 2018 to October 9, 2018 at 9:30 a.m. The Court sets the following additional dates:

| | |
|---|---|
| Proposed Joint Pretrial Order | Friday, September 28, 2018 |
| Motions in Limine, Pretrial Briefs | Monday, October 1, 2018 |

//

DATED this 21st day of August 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk