THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHEN D. SPEELMON,

    Plaintiff,

v.

MITCHELL TUCKER, *et al.*,

    Defendants.

CASE NO. C16-1526-JCC

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    The Court DIRECTS Courthouse Security to allow the litigants in the above-captioned case to bring food and drink into the courthouse for the duration of the trial, which begins on Tuesday, October 9, 2018.

    DATED this 2nd day of October 2018.

    William M. McCool
    Clerk of Court

    s/Tomas Hernandez
    Deputy Clerk

MINUTE ORDER
C16-1526-JCC
PAGE - 1