UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN D. SPEELMON,<br><br>    Plaintiff,<br><br>    v.<br><br>MITCHELL TUCKER, *et al.*,<br><br>    Defendants. | CASE NO. C16-1526-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties are DIRECTED to file proposed findings of fact and conclusions of law no later than Tuesday, October 9, 2018.

DATED this 2nd day of October 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
